UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LAVERNE STEVENSON,

                Plaintiff,

           -against-

CITY OF NEW YORK DEPARTMENT OF
CORRECTION,

                Defendant.
------------------------------------------------------------------x

**ORDER**

09-CV-5274 (ENV) (VVP)

VITALIANO, United States District Judge:

    Plaintiff's time to file her opposition to defendant's motion to dismiss is hereby extended to March 17, 2009.

    SO ORDERED.

ERIC N. VITALIANO
United States District Judge

Dated: Brooklyn, New York
         February 17, 2010